**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2141**

SHELIA KNOX,

        Plaintiff - Appellant,

    v.

AMAZON.COM SERVICES, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-00126-BAH)

Submitted: March 10, 2025                             Decided: April 23, 2025

Before KING, GREGORY, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shelia Knox, Appellant Pro Se.  Gilda Bethany Ingle, LITTLER MENDELSON PC, Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shelia Knox appeals the district court's order granting the defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(5) and dismissing her civil case without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Knox v. Amazon.com Servs., LLC*, No. 1:24-cv-00126-BAH (D. Md. Oct. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*